[No. 12187–5–II. Division Two. June 6, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. BARRY MASSEY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–1–01354–7, Donald H. Thompson, J., entered August 5, 1988. *Affirmed* by unpublished opinion per Wieland, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 9659–9–III. Division Three. June 7, 1990.]

*In the Matter of the Marriage of* STEVEN L. JARVIS, *Respondent, and* KATHARINE D. JARVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 83–3–00097–3, Larry M. Kristianson, J., entered November 2, 1988. *Reversed* by unpublished opinion per Green, A.C.J., concurred in by Thompson and Shields, JJ.

[No. 9848–6–III. Division Three. June 7, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. BILLY WAYNE WORL, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88–1–00869–9, Marcus M. Kelly, J., entered January 18, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J. Now published at 58 Wn. App. 443.